as well as significant contradictions within his testimony. *Cf. Perinpanathan v. INS,* 310 F.3d 594, 597 (8th Cir.2002) (in asylum cases, court of appeals defers to IJ's credibility findings where they are supported by specific, cogent reasons for disbelief). In any event, Sabhari did not show a clear probability that he will face persecution on account of a protected characteristic, or that he will likely be tortured, upon his return to Kuwait. *See* 8 C.F.R. § 208.16(c)(2) (2002); *Kratchmarov v. Heston,* 172 F.3d 551, 554–55 (8th Cir.1999).

We further conclude that Sabhari's due process claims are unavailing, because the decision is supported by substantial evidence, and there is no indication he presented to the BIA his challenge to the summary affirmance procedure, as he is required to do, *see Valadez–Salas v. INS,* 721 F.2d 251, 252 (8th Cir.1983) (per curiam).

Accordingly, we deny the petition.

A true copy.

**Darlene A. THOMPSON, Appellant,**

v.

**WESTERN DISTRICT OF MISSOURI, Appellee.**

No. 03–2407.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2003.

Decided Sept. 5, 2003.

Darlene A. Thompson, Pacific, MO, for Plaintiff–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Darlene A. Thompson appeals the district court's * pre-service dismissal of Thompson's complaint under 28 U.S.C. § 1915(e)(2)(B). Having reviewed the pleadings, which contain no factual allegations or decipherable claims, we affirm. *See* 8th Cir. R. 47A(a).

**Darlene A. THOMPSON, Appellant,**

v.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, Appellee.**

No. 03–2500.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2003.

Decided Sept. 5, 2003.

Darlene A. Thompson, Pacific, MO, for Plaintiff–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

* The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

PER CURIAM.

Darlene A. Thompson appeals the district court's * pre-service dismissal of Thompson's complaint under 28 U.S.C. § 1915(e)(2)(B). Having reviewed the pleadings, which contain no factual allegations or decipherable claims, we affirm. *See* 8th Cir. R. 47A(a).

**UNITED STATES of America,**
**Appellee,**

v.

**Troy A. MOORE, Appellant.**

No. 02–3299.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 26, 2003.

Decided Sept. 5, 2003.

Gwendolyn Dewees Hodge, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Troy A. Moore, Beaver, WV, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Troy A. Moore appeals the district court's * denial of Moore's motion to re-

* The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

duce his sentence, purportedly brought under 18 U.S.C. §§ 3582 and 3742. Having carefully reviewed the record, we are satisfied the district court correctly held that Moore was not entitled to relief. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**UNITED STATES of America,**
**Appellee,**

v.

**Juan PARRA, Appellant.**

No. 03–1423.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 26, 2003.

Decided Sept. 5, 2003.

Matthew Wood Fleming, David R. Ferguson, U.S. Attorney's Office, Fort Smith, AR, Plaintiff–Appellee.

Juan Parra, Yazoo City, MS, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Juan Parra pleaded guilty to aiding and abetting methamphetamine distribution. Parra's November 2000 sentence included a fine of $5,000, due in full immediately but

* The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.